

**PROVIDENT LAW**

Mary T. Hone, SBN 010891
16100 N. 71st St., Suite 350
Scottsdale, AZ 85254
Telephone: (480) 388-3343
Facsimile: (602) 753-1270
For E-Service and Court Use Only: fileclerk@providentlawyers.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna K. Flaaten, an unmarried woman,<br><br>Plaintiff,<br><br>vs.<br><br>Evolue Skincare, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:23-CV-00760-PHX-DJH<br><br>**STIPULATION TO DISMISS COMPLAINT** |

The parties, having conferred through counsel and in furtherance of settlement discussions, hereby stipulate to dismiss Plaintiff's Complaint without prejudice each party to bear its own attorney's fees and costs.

DATED this 7th day of September 2023.

**PROVIDENT LAW®**

*Mary T. Hone*

Mary T. Hone
*Attorney for Plaintiff*

**ENARA LAW PLLC**

By: /s/ Joseph J. Toboni
George K. Chebat
Joseph J. Toboni
Daniel de Julio
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties and counsel of record by operation of the Court's electronic filing system.  The parties may access this filing through the CM/ECF system.

Joseph J. Toboni
ENARA LAW PLLC
7631 East Greenway Rd., Suite B-2
Scottsdale, Arizona  85260
Attorneys for Defendants

*Jeanette Hamilton*